```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Primitivo Robles, on behalf of himself and all others similarly situated,**

                          **Plaintiff,**

        **-against-**

**Planet 51 LLC, doing business as NICKLZ,**

                          **Defendant.**

1:24-cv-07730 (JHR) (SDA)

<u>ORDER</u>

**STEWART D. AARON, United States Magistrate Judge:**

       Per the Court's January 23, 2025 Order (ECF No. 13), the deadline for Defendant to respond to Plaintiff's complaint was Monday, February 10, 2025. However, no such response to the complaint was filed on February 10. It is hereby ORDERED that, no later than Tuesday, February 18, 2025, Defendant shall respond to the complaint. If Defendant does not respond by February 18, Plaintiff is directed to seek a clerk's certificate of default against Defendant.

**SO ORDERED.**

Dated:       New York, New York
              February 11, 2025

                                                          _____
                                                           STEWART D. AARON
                                                           United States Magistrate Judge